793 A.2d 713

ALLYSON BETH ROSENBERG D'ESOPO, PLAINTIFF–APPELLANT, v. CHARLES ROSENBERG, DEFENDANT, AND THE FIRST NATIONAL BANK OF BOSTON, A/K/A BANK OF BOSTON, F/K/A BANK OF BOSTON, F/K/A BANKBOSTON, F/K/A FLEETBOSTON, DEFENDANT–RESPONDENT.

February 8, 2002.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

Chief Justice PORITZ, and Justices COLEMAN, VERNIERO, and LaVECCHIA join in this Order.

Justices STEIN, LONG, and ZAZZALI would reverse the matter and remand for a new trial.

793 A.2d 713

IN THE MATTER OF ADOPTION OF A
CHILD BY JOHN D. STEWART.

February 22, 2002.

## ORDER

Leave to appeal is granted.